IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANERAE VESHAUGHN BROWN, | ) | No. C 13-03305 EJD (PR) |
| Plaintiff, | ) ) | ORDER OF TRANSFER |
| v. | ) ) | |
| P. MARTINEZ, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 against prison officials at High Desert State Prison for unconstitutional acts. Because the acts complained of occurred in Lassen County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S. C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

DATED: 11/12/2013

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANERAE V. BROWN,

        Plaintiff,

  v.

P. MARTINEZ, et al.,

        Defendants.
                                              /

Case Number: CV13-03305 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/13/2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anerae VeShaughn Brown K-17737
High Desert State Prison
p. O. Box 270220
Susanville, CA 96127

Dated: 11/13/2013

                                      Richard W. Wieking, Clerk
                                /s/By: Elizabeth Garcia, Deputy Clerk