UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANERAE V. BROWN,<br><br>              Plaintiff,<br><br>    v.<br><br>P. MARTINEZ et al.,<br><br>              Defendants. | No.  2:13-cv-2369-GEB-EFB P (TEMP)<br><br><br>FINDINGS AND RECOMMENDATIONS |

On September 16, 2015, the assigned district judge in this case adopted then-Magistrate Judge Dale A. Drozd's findings and recommendations in full and granted defendants' motions to dismiss plaintiff's complaint for failure to state a claim.  ECF Nos. 43, 45.  The court also granted plaintiff thirty days leave to file a supplemental complaint for the limited purpose of curing the deficiency of his due process claim against defendants.  That thirty-day period has now expired, and plaintiff has not filed his supplemental complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
2  objections shall be filed and served within fourteen days after service of the objections.  The
3  parties are advised that failure to file objections within the specified time may waive the right to
4  appeal the District Court's order.  <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998); <u>Martinez
5  v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

6  DATED:  November 13, 2015.

　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2